IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 1 8 2011

JAME⌐ ⌐ ⌐⌐ ⌐⌐⌐, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| KAREN-BRANDEE WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) **CIVIL ACTION** |
| | ) **FILE NO. 1:11-CV-0512** WSD |
| CORINE DEYTON, in her official | ) |
| capacity as Mayor of Forest Park; | ) |
| SPARKLE ADAMS, in her official | ) |
| capacity as Council Member and | ) |
| Mayor Pro Tem of Forest Park; | ) |
| JOE WIMBERLY, in his official | ) |
| capacity as Chairman of the | ) |
| Forest Park Board of Ethics; and | ) |
| JOHN PARKER, in his official capacity as | ) |
| City Manager c/o CITY OF FOREST PARK | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S EMERGENCY MOTION TO REOPEN CASE AND FOR T.R.O AND/OR PRELIMINARY AND CONSOLIDATED PERMANENT INJUNCTION FROM REMOVAL OF OFFICE

COMES NOW Plaintiff, Karen-Brandee Williams, pursuant to Fed. R. Civ. P.65, who respectfully moves this Court to enter preliminary and permanent injunctive relief enjoining any and further enforcement of Sections 2-1-56, 2-1-59, 2-1-60, 2-1-66, and 2-1-68 of Title 2, Chapter 1, Article E of the Code of Ordinances and Section 5.16 of the City Charter, Article V- Elections, and Removal of officers; of the City of Forest Park, Georgia [the "Challenged Ordinance"]and specifically enjoining the public hearing and final decision of the council presently scheduled for 6:00 PM on July 28, 2011.

Plaintiff also moves the court to take immediate action of the following:

- ➤ Re open this case [based upon Defendants own admission of complexity of issues]
- ➤ Reassign another Judge to review and make a ruling
- ➤ Demand the City of Forest Park and Council Members, to cease and desist their conspiracy and their vote to remove Plaintiff from office
- ➤ Enter preliminary and permanent injunctive relief enjoining any proceeding and punishment against her pursuant to Sections 2-1-56, 2-1-59, 2-1-60, 2-1-66, and 2-1-68 of Title 2, Chapter 1, Article E of the Code of Ordinances And including Section. 5.16. - Removal of officers of The Charter Article V. - Elections of the City of Forest Park, Georgia (the "Challenged Ordinances").

For the reasons set forth in the accompanying Brief, Plaintiff urges the Court to grant this motion for preliminary injunction and consolidate the preliminary injunction with a permanent injunction.

Respectfully submitted this _18_ day of July 2011.

Karen-Brandee D. Williams
P.O. Box 1222
Forest Park, GA 30298
404-362-2338
Plaintiff

Daniel J. Grossman
Georgia Bar No. 313815
Law Office of Daniel J. Grossman
1579 Monroe Drive, Ste F-138
Atlanta, GA 30324
Dan@DanGrossmanLaw.com
(404) 654-0326

/s Gerald Weber
Gerald Weber
(Georgia Bar No. 744878)
Law Offices of Gerry Weber, LLC
P.O. Box 5391
Atlanta, Georgia 31107-0391
wgerryweber@gmail.com
(404) 522-0507

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing PLAINTIFF'S EMERGENCY MOTION TO REOPEN CASE AND FOR T.R.O AND/OR PRELIMINARY AND CONSOLIDATED PERMANENT INJUNCTION FROM REMOVAL OF OFFICE by mail through the United States Postal Service or attempt to provide notice via personal service or to the following non-CM/ECF participants:

Corine Deyton
4251 Ervin Cir
Forest Park, GA 30297

Sparkle Adams
477 Evergreen Dr
Forest Park, GA 30297

Joe Wimberly
596 Shell nut Dr
Forest Park, GA 30297

City of Forest Park
C/o John Parker, City Manager
745 Forest Pkwy
Forest Park, GA 30297

Robert Mack, City Attorney
Mack & Harris, P.C.
850 Main Street, Suite 110
Forest Park, GA 30297

Karen-Brandee D. Williams
P.O. Box 1222
Forest Park, GA 30298
404-362-2338
Plaintiff Pro Se